```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 23521
    CHARLES H MYLES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2589


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/22/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.38%.

     The case was dismissed after confirmation 08/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
MEADOWS CREDIT UNION       SECURED              7875.00        1275.03        6830.11
MEADOWS CREDIT UNION       UNSECURED            2749.91            .00            .00
AT&T WIRELESS              UNSECURED          NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED            2895.00            .00            .00
CREDIT PROTECTION ASSOC    UNSECURED          NOT FILED            .00            .00
TIMOTHY K LIOU             DEBTOR ATTY         2,410.40                       2,410.40
TOM VAUGHN                 TRUSTEE                                              578.12
DEBTOR REFUND              REFUND                                                  .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              11,093.66

PRIORITY                                          .00
SECURED                                      6,830.11
    INTEREST                                 1,275.03
UNSECURED                                         .00
ADMINISTRATIVE                               2,410.40
TRUSTEE COMPENSATION                           578.12
DEBTOR REFUND                                     .00
                     ---------------       ---------------
TOTALS               11,093.66               11,093.66
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |